UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 19 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR2105-WMC |
| v. | JUDGMENT |
| JAMIE RYCIAK | ELLIS M. JOHNSTON, III |
| | Defendant's Attorney |

REGISTRATION NO. _____

VIOLATION: 18 USC 13 - ASSIMILATED CRIMES ACT; CAL. VEHICLE CODE SEC. 21070 - UNSAFE OPERATION OF A MOTOR VEHICLE WITH GREAT BODILY INJURY

**X** Defendant pleaded guilty to COUNT 1 OF THE INFORMATION

**JUDGMENT**

**X** Defendant is adjudged guilty on COUNT ONE OF THE INFORMATION

The defendant is ordered to pay a fine in the amount of NINETY-FIVE DOLLARS ($95.00)

**X** Penalty assessment of $5.00 WAIVED

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

DECEMBER 16, 2011
Date of Imposition of Sentence

WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

Entered on: